**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 4:20-cv-10081-KMM

HAROLD GLENN REECE,

    Plaintiff,
v.

ZIAH JEFFERSEN,

    Defendant.
                                               /

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Plaintiff Harold Glenn Reece's *pro se* Complaint bringing claims pursuant to 42 U.S.C. § 1983. ("Compl.") (ECF No. 1). The matter was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, who issued a Report and Recommendation recommending that Plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE. ("R&R") (ECF No. 9). Plaintiff did not file objections and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As set forth in the R&R, Magistrate Judge Reid makes the following findings: (1) Plaintiff's excessive force claim should be dismissed for failure to state a claim upon which relief can be granted and (2) the Court should decline to exercise supplemental jurisdiction over Plaintiff's state law claims . R&R at 5–8. This Court agrees.

Accordingly, UPON CONSIDERATION of the Complaint, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the R&R (ECF No. 9) is ADOPTED.  It is FURTHER ORDERED that:

1. Plaintiff Harold Glenn Reece's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to state a claim.

2. Plaintiff may file an amended complaint.  In the amended complaint, Plaintiff should cure the deficiencies identified in Magistrate Judge Reid's R&R.

3. The amended complaint will be the operative pleading considered in this case; the court will address only the claims alleged therein.  Thus, the amended complaint must not refer to the original complaint or incorporate by reference claims raised or arguments made therein.  Similarly, the amended complaint must not incorporate by reference arguments or text from any other documents, including any exhibits.

4. The amended complaint must be filed on the court-issued form for § 1983 actions.  If Plaintiff should require additional space, he may submit no more than three (3) continuation sheets.  All text on the form or any continuation sheet, whether handwritten or typewritten, must comply with this District's Local Rules governing text size, margin size, and line spacing.  *See* S.D. Fla. L.R. 5.1(a)(4).  Furthermore, the amended complaint must be labeled "amended complaint" and must show 4:20-cv-10081-KMM so that it will be filed in this case.

5. The amended complaint must be received by the court and docketed by **January 18, 2021**.  The Court will not use the date on which Plaintiff signs the amended complaint or the date on which he submits it to prison authorities for mailing as the

date of filing. If the amended complaint is not docketed by this date, the Court will dismiss the case.

The Clerk of Court is instructed to mail Plaintiff a copy of the Court-issued form for § 1983 actions. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of December, 2020.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

cc: Harold Glenn Reece
09009212
Monroe County Jail
Inmate Mail/Parcels
5501 College Road
Key West, FL 33040
PRO SE